```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 24322
   HELEN V LEE
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-5048

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 06/29/2004 and was confirmed 08/25/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was paid in full 09/21/2007.
------------------------------------------------------------------------
                                                  INTEREST      PRINCIPAL
CREDITOR NAME              CLASS      CLAIM AMOUNT   PAID          PAID
------------------------------------------------------------------------
FORD MOTOR CREDIT        SECURED         5000.00    553.18       5000.00
FORD MOTOR CREDIT        UNSECURED       2543.55       .00        254.36
ROBERT J ADAMS & ASSOC   PRIORITY       NOT FILED      .00           .00
CITY OF CHICAGO          UNSECURED      NOT FILED      .00           .00
ASPIRE VISA              UNSECURED      NOT FILED      .00           .00
CAPITAL ONE BANK         FILED LATE      1029.57       .00           .00
CAPITAL ONE BANK         UNSECURED       1608.37       .00        160.84
CAPITAL ONE BANK         UNSECURED       1651.96       .00        165.20
JC PENNY                 UNSECURED      NOT FILED      .00           .00
MASSEYS                  UNSECURED      NOT FILED      .00           .00
MCI RESIDENTIAL SERVICES UNSECURED      NOT FILED      .00           .00
ECAST SETTLEMENT CORP    UNSECURED        475.87       .00         47.59
B-FIRST LLC              UNSECURED       1319.63       .00        131.96
ECAST SETTLEMENT CORP    UNSECURED        616.48       .00         61.65
ROBERT J ADAMS & ASSOC   REIMBURSEMENT    210.00       .00        210.00
ROBERT J ADAMS & ASSOC   DEBTOR ATTY    2,200.00                 2,200.00
TOM VAUGHN               TRUSTEE                                   482.53
DEBTOR REFUND            REFUND                                     58.97

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                9,326.28

PRIORITY                                         210.00
SECURED                                        5,000.00
   INTEREST                                      553.18
UNSECURED                                        821.60
ADMINISTRATIVE                                 2,200.00
TRUSTEE COMPENSATION                             482.53
DEBTOR REFUND                                     58.97
```

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 24322 HELEN V LEE

```
                                   ---------------      ---------------
TOTALS                                    9,326.28             9,326.28
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
  Dated: 12/27/07                  _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```